DORON WEINBERG (SBN 46131)
Law Offices of Doron Weinberg
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
WINSLOW NORTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0683 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING ON MOTION TO DISMISS;** |
| vs. ) | **() ORDER** |
| ) | |
| WINSLOW NORTON, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties stipulate and agree to continue the hearing set for Defendants' Motion to Dismiss in this matter which is presently scheduled for Friday, May 11, 2012 at 11:00 a.m. to Friday, June 22, 2012 at 11:00 a.m. and that Plaintiff's Opposition to motions will be due on or before Friday, May 25, 2012, and Defendants' Reply, if any, is due on or before Friday, June 8, 2012.

It is further stipulated that the time from May 11, 2012 to and including June 22, 2012 may be excluded in computing the time within which the trial in this matter must commence under 18 U.S.C. § 3161(h)(1)(D) as the result of the pendency of pretrial motions under consideration by the Court, and 18 U.S.C. § 3161(h)(7)(A) because the ends of justice in granting a continuance outweigh the best interest of the public and the defendants in a speedy

trial and because failure to grant a continuance would deny counsel for the defendants and the attorneys for the government, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: April 19, 2012      MELINDA HAAG
                           United States Attorney

                            /s/ Robert D. Rees
                           WILLIAM FRENTZEN
                           ROBERT D. REES
                           Assistant U.S. Attorneys

Dated: April 19, 2012       /s/ Doron Weinberg
                           DORON WEINBERG
                           Attorney for WINSLOW NORTON

Dated: April 19, 2012       /s/ Stuart D. Hanlon
                           STUART D. HANLON
                           Attorney for ABRAHAM NORTON

Dated: April 19, 2012       /s/ Ean Vizzi
                           J. TONY SERRA
                           EAN VIZZI
                           Attorneys for BRIAN EVERETT

Dated: April 19, 2012       /s/ William Osterhoudt
                           WILLIAM OSTERHOUDT
                           Attorney for MICHAEL NORTON

**IT IS SO ORDERED:**

Dated: ÍƉƉG

HON. D. LOWELL JENSEN
Judge, U.S. District Court