MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    Facsimile: (415) 436-6753
    E-mail: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0683 DLJ |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CONTINUING MOTION** |
| ) | **HEARING DATE AND RESPONSES** |
| MICHAEL NORTON, et al., ) | |
| Defendants. ) | |

    The parties hereby stipulate and agree to continue the hearing on the defendants' Tenth Amendment motion in this case, which is currently set for June 22, 2012. The parties hereby stipulate and agree that the hearing date be continued to July 26, 2012 at 10:00AM in San Jose. The United States' response filing date is continued until June 21, 2012, and the defendants' reply, if any, shall be due by July 12, 2012.

    Good cause for the requested continuance is that the parties desire to keep the window open for potential settlement as long as possible. The parties stipulate that time should be excluded between the date of the filing of this stipulation and July 26, 2012 under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) because the case is complex, and that the needs for the continuance outweigh the best interests of the public and the

STIPULATION AND PROPOSED ORDER, CR 07-0683 DLJ

defendant in a speedy trial.

IT IS HEREBY STIPULATED.

DATED: May 17, 2012                MELINDA HAAG
                                   United States Attorney

                                          /s/
                                   WILLIAM FRENTZEN
                                   ROBERT DAVID REES
                                   Assistant United States Attorneys

DATED: May 17, 2012                       /s
                                   DORON WEINBERG, ESQ.
                                   Attorney for Winslow Norton

DATED: May 17, 2012                       /s
                                   EAN VIZZI, ESQ.
                                   Attorney for Abraham Norton

DATED: May 17, 2012                       /s
                                   STUART HANLON, ESQ.
                                   Attorney for Brian Everett

DATED: May 17, 2012                       /s
                                   WILLIAM OSTERHOUDT, ESQ.
                                   Attorney for Michael Norton

IT IS HEREBY ORDERED.

DATED: Í EÐGÐFG
                                   HON. D. LOWELL JENSEN
                                   United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER, CR 07-0683 DLJ