UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | ) CASE NO.: CR 07-0683-DLJ |
|---|---|
| Plaintiff, | ) **ORDER**<br>) **CONTINUING MOTIONS HEARING DATE** |
| vs. | ) |
| WINSLOW NORTON, et. al., | ) |
| Defendants. | ) |

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the previous stipulation, July 26, 2012, to and including November 15, 2012, shall be excluded from the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The hearing date previously scheduled for September 13, 2012 is hereby continued to November 15, 2012 at 10:00 a.m. The briefing schedule previously agreed to shall be replaced by the following briefing schedule:

Government's Response shall be filed no later than October 19, 2012

Defendants' Reply brief shall be filed no later than November 2, 2012

It is so ordered.    Dated: _____

_____
Hon. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE